UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARGARITA TORRES and SHARON TULLEY,<br><br>　　　　Defendants. | Case No.: C12-00188-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND** |

The Court has reviewed Magistrate Judge Lloyd's Report and Recommendation Re Motion to Remand (Dkt. No. 9), recommending that this state law unlawful detainer action be remanded to the Santa Clara County Superior Court. The time for filing objections has passed and none were filed. The Court finds the Report and Recommendation to be correct, well-reasoned, and thorough, and hereby adopts it in every respect.

Accordingly, it is hereby **ORDERED** that this case is remanded to the Santa Clara County Superior Court. All pending deadlines and motions filed in this action are terminated. The Clerk of this Court is further ordered to forward certified copies of this Remand Order and all docket entries to the Clerk of the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: April 16, 2012

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**